No. 647. New York Central Railroad Company v. Kathryn G. Kimball, Administratrix, etc. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. Mr. Frederic D. McKenney and Mr. Maurice C. Spratt for petitioner. Mr. Hamilton Ward for respondent.

---

No. 651. Paul H. King et al., Receivers, etc., v. Edwin L. Boyd. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. Mr. Henry E. Bodman and Mr. John C. Shields for petitioners. Mr. Benn M. Corwin for respondent.

---

No. 654. Erie Railroad Company v. William H. Mahla. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of Richland County, State of Ohio, denied. Mr. C. E. McBride, Mr. N. M. Wolfe and Mr. J. Paul Lamb for petitioner. Mr. C. H. Henkel for respondent.

---

No. 655. La Crosse Plow Company v. Louis Pagenstecher. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Charles W. Bunn for petitioner. Mr. Wm. F. Gurley for respondent.

---

No. 657. Camp Brothers & Company v. Portable Wagon Dump & Elevator Company. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of